IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DURANT HMA PHYSICIAN MANAGEMENT, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 21-CV-00083-JWD |
| IKRAM KURESHI, M.D., | ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's Notice of Agreed Attorney Fees ("Notice") [Doc. No. 66], submitted consistent with the Court's Order and rulings made on the record, reflected in [Doc. Nos. 62 and 65]. The Court granted Plaintiff attorney's fees and expenses consistent with Federal Rule of Civil Procedure 37(a)(5) and ordered the parties to confer regarding the amount.

Consistent with the Notice and the parties' agreement summarized therein, the Court hereby awards Plaintiff attorney's fees and expenses consistent with Rule 37(a)(5) in connection with its Motion to Compel [Doc. No. 39] in the agreed amount of **$8,000.00**. Defendant is directed to tender this amount, payable to the GableGotwals Trust Account, within **thirty (30) days** of this Order.

IT IS SO ORDERED this 4th day of February 2022.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE