IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DURANT HMA PHYSICIAN MANAGEMENT, LLC, | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) |
| v. | ) ) Case No. 21-CV-00083-JWD ) |
| IKRAM KURESHI, M.D., | ) ) |
| Defendant/Counter-Claimant. | ) |

## ADMINISTRATIVE CLOSING ORDER

The Court has been informed that the parties have reached a settlement in this case at the recent settlement conference. [*See* Order, Doc. No. 120]. Accordingly, the Court ORDERS that the Clerk administratively terminate this action in his records. Unless a party moves to reopen or extend this proceeding within **45** days of the entry of this Order, this action shall be deemed dismissed with prejudice, and this Order shall become a final judgment that satisfies the separate-document requirement for purposes of Federal Rule of Civil Procedure 58(a). *See Morris v. City of Hobart*, 39 F.3d 1105, 1109–10 (10th Cir. 1994).[1]

Entered this 26th day of May 2022.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

---

[1] In light of the settlement and this administrative closing order, the Court moots all pending motions and objections without prejudice. *See* [Doc. Nos. 72, 73, 76, 77, 114, and 117].